**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Salvatore J. Paulette,<br><br>                                Plaintiff,<br><br>              -v-<br><br>Suffolk County 5th Precinct Police Department, and Detective Stephen Masciopinto,<br><br>                                Defendants. | 2:22-cv-2913<br>(NJC) (ARL) |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

On August 15, 2025, this Court issued an Order, requiring the Green Haven Correctional Facility ("Facility") to provide Plaintiff Salvatore J. Paulette with access to the USB flash drive sent by the Suffolk County Attorney's Office, counsel for Defendant in this action, and to ensure that Mr. Paulette has reliable access to a computer to review electronic discovery for a <u>minimum</u> of one (1) hour per day in the Green Haven Correctional Facility law library or another appropriate location designated by the Facility. The Order requires Green Haven Correctional Facility to ensure that Mr. Paulette is provided with reliable access to a computer to review the electronic discovery. It further orders that such access shall continue until this Court issues an Order notifying the Facility that such access is no longer needed.

During the August 25, 2025 conference with the Court, the parties reported that Green Haven Correctional Facility has failed to comply with the Order and that it has cited staffing shortages as the reason why it has not provided Mr. Paulette access to the electronic discovery produced by Defendant in this case. The parties further informed the Court that the electronic discovery includes audio and video recordings.

The Court hereby orders that the Suffolk County Attorney's Office shall contact the Green Haven Correctional Facility regarding the Court's August 15, 2025 Order to convey the importance of the Facility's compliance and to facilitate Mr. Paulette's review of the electronic discovery. Additionally, the Court clarifies that the August 15, 2025 Order's requirement that the Facility provide Mr. Paulette "with reliable access to a computer to review electronic discovery" requires ensuring that Mr. Paulette is provided with a computer that has reliable audio-listening capabilities that will enable Mr. Paulette to review audio and video recordings included in the electronic discovery.

Dated:  Central Islip, New York
        August 27, 2025

        */s/ Nusrat J. Choudhury*
NUSRAT J. CHOUDHURY
United States District Judge