# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Salvatore J. Paulette,<br><br>                                  Plaintiffs,<br><br>           -v-<br><br>Suffolk County 5th Precinct Police Department, and Detective Stephen Masciopinto,<br><br>                                Defendants. | 2:22-cv-2913<br>(NJC) (ARL) |

# MEMORANDUM AND ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

Having found Plaintiff Salvatore J. Paulette ("Mr. Paulette") is qualified for the appointment of pro bono counsel, *see* Min. Entry, Aug. 26, 2025, the Court appoints Debevoise & Plimpton LLP by John Gleeson, Esq. and Alexa Busser Lopez, Esq., who have agreed to accept this appointment. Counsel shall contact Mr. Paulette and file a Notice of Appearance forthwith.

The Clerk of the Court is directed to mail a copy of this Order to Mr. Paulette in an envelope marked "Legal Mail" and to counsel and shall record such mailings on the docket.

Dated: Central Islip, New York
       September 4, 2025

                                                                     */s/ Nusrat J. Choudhury*
                                                                    NUSRAT J. CHOUDHURY
                                                                    United States District Judge